**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____  Chapter  **11**

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Ironmen Realty Company, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | Ironmen Realty, LLC |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **16-1717848** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**28-32 Vanorden Place**<br>**Hackensack, NJ 07602**<br>Number, Street, City, State & ZIP Code<br><br>**Bergen**<br>County | **Mailing address, if different from principal place of business**<br><br>**702 Saber Drive**<br>**Franklin Lakes, NJ 07417**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Ironmen Realty Company, LLC**　　　　　　　　　　　　　　　Case number (*if known*)　　　　　
　　　　Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　　　

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____　　When _____　　Case number _____
District _____　　When _____　　Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor **Ironmen Realty Company, LLC**     Case number (*if known*) _____
    Name

List all cases. If more than 1, attach a separate list     Debtor **See Attachment**     Relationship _____
    District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Ironmen Realty Company, LLC**　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 18, 2025**
　　　　　　　　MM / DD / YYYY

**X /s/ Frank Muscara**　　　　　　　　　　　　　　　**Frank Muscara**
Signature of authorized representative of debtor　　　Printed name

Title   **Managing Member**

**18. Signature of attorney**

**X /s/ Mark J. Politan**　　　　　　　　　　　　　　Date **December 18, 2025**
Signature of attorney for debtor　　　　　　　　　　　　　MM / DD / YYYY

**Mark J. Politan**
Printed name

**Politan Law, LLC**
Firm name

**88 East Main Street, #502**
**Mendham, NJ 07945**
Number, Street, City, State & ZIP Code

Contact phone  **973.768.6072**　　　Email address  **mpolitan@politanlaw.com**

**036791998 NJ**
Bar number and State

Debtor **Ironmen Realty Company, LLC**
Name
Case number (*if known*)

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
DISTRICT OF NEW JERSEY

Case number (*if known*) _____ Chapter **11**

☐ Check if this is an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Frank Muscara** | | Relationship to you | **Affiliate** |
| District | **New Jersey** | When **11/13/24** | Case number, if known | **24-21289** |
| Debtor | **Montana Holding Company, LLC** | | Relationship to you | **Affiliate** |
| District | **New Jersey** | When **12/18/25** | Case number, if known | |

# United States Bankruptcy Court
### District of New Jersey

In re  **Ironmen Realty Company, LLC**                                                           Case No.
                                            Debtor(s)                                             Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Frank Muscara**<br>**702 Saber Drive**<br>**Franklin Lakes, NJ 07417** | | **49% of membership interests** | |
| **Pamela Muscara**<br>**702 Saber Drive**<br>**Franklin Lakes, NJ 07417** | | **51% of membership interests** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **December 18, 2025**                                  Signature  **/s/ Frank Muscara**
                                                                        **Frank Muscara**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of New Jersey

In re  **Ironmen Realty Company, LLC**                                      Case No. _____
                           Debtor(s)                                        Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **December 18, 2025**                **/s/ Frank Muscara**
                                            **Frank Muscara**/**Managing Member**
                                            Signer/Title

```
Bil-Man Asset Management, LLC
1916 Ocean Parkway
Brooklyn, NY 11223


Cassandra Norgaard, Esq.
Norgaard, O'Boyle & Hannon
184 Grand Avenue
Englewood, NJ 07631


City of Hackensack
Office of the Tax Collector
P.O. Box 608
Hackensack, NJ 07602-0608


Eastford, LLC
Attn: Frank Muscara
702 Saber Drive
Franklin Lakes, NJ 07417


Frank Muscara
702 Saber Drive
Franklin Lakes, NJ 07417


Frank Muscara and Son Construction
801 Ewing Avenue
Franklin Lakes, NJ 07417


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
955 S. Springfield Ave.
Springfield, NJ 07081


New Jersey Attorney General Office
Division of Law
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112


Pamela Muscara
702 Saber Drive
Franklin Lakes, NJ 07417
```

Private Mortgage Investments, LLC
c/o Mitchell W. Vicknair, President/CEO
32416 Autumn Forest Ct.
Magnolia, TX 77354


PSEG
80 Park Plaza
Newark, NJ 07102


Sheriff of Bergen County
2 Bergen County Plaza
Attn: Foreclosure Unit
Hackensack, NJ 07601


State of New Jersey-Division of Taxation
Compliance & Enforcement-Bankruptcy Unit
50 Barrack Street, 9th Floor
P.O. Box 245
Trenton, NJ 08695


SUPERIOR COURT CLERK'S OFFICE
FORECLOSURE PROCESSING SERVICES
PO Box 971
Trenton, NJ 08625-0971


United States Attorney
Peter Rodino Federal Building
970 Broad Street, Ste. 700
Newark, NJ 07102


United States Attorney General
Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, DC 20044


Van Orden Realty, LLC
Attn: Frank Muscara
702 Saber Drive
Franklin Lakes, NJ 07417


Veolia Water Co.
69 Devoe Place
Hackensack, NJ 07601

# United States Bankruptcy Court
## District of New Jersey

In re  **Ironmen Realty Company, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Ironmen Realty Company, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 18, 2025**  
Date

/s/ Mark J. Politan  
**Mark J. Politan**  
Signature of Attorney or Litigant  
Counsel for **Ironmen Realty Company, LLC**  
**Politan Law, LLC**  
**88 East Main Street, #502**  
**Mendham, NJ 07945**  
**973.768.6072**  
**mpolitan@politanlaw.com**

**United States Bankruptcy Court**
**District of New Jersey**

In re **Ironmen Realty Company, LLC**

Debtor(s)

Case No.

Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Frank Muscara**, declare under penalty of perjury that I am the **Member** of **Ironmen Realty Company, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Members of said limited liability corporation at a special meeting duly called and held on the **16th** day of **December**, 20**25** .

"Whereas, it is in the best interest of this limited liability corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Frank Muscara**, **Member** of this Limited Liability Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the limited liability corporation; and

Be It Further Resolved, that **Frank Muscara**, **Member** of this Limited Liability Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Frank Muscara**, **Member** of this Limited Liability Corporation is authorized and directed to employ **Mark J. Politan**, attorney and the law firm of **Politan Law, LLC** to represent the limited liability corporation in such bankruptcy case."

Date **December 18, 2025**

Signed **/s/ Frank Muscara**
**Frank Muscara**

Resolution of Members
of
**Ironmen Realty Company, LLC**

Whereas, it is in the best interest of this limited liability corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Frank Muscara**, **Member** of this Limited Liability Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the limited liability corporation; and

Be It Further Resolved, that **Frank Muscara**, **Member** of this Limited Liability Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Frank Muscara**, **Member** of this Limited Liability Corporation is authorized and directed to employ **Mark J. Politan**, attorney and the law firm of **Politan Law, LLC** to represent the limited liability corporation in such bankruptcy case.

| Date | **December 16, 2025** | Signed | **/s/ Frank Muscara** |
|---|---|---|---|
| | | | **Frank Muscara, Member** |
| Date | **December 16, 2025** | Signed | **/s/ Pamela Muscara** |
| | | | **Pamela Muscara, Member** |